```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-00443-RNO
Patricia Lynn Weiss                                                 Chapter 13
Thomas Barry Weiss
        Debtors                       **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: TWilson            Page 1 of 1            Date Rcvd: Mar 05, 2019
                               Form ID: ntnew341        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.
```
db/jdb          Patricia Lynn Weiss,    Thomas Barry Weiss,    222 Weiss Rd,    Stroudsburg, PA  18360-6973
5157668         Caffese Law Firm,    803 Main St,    Stroudsburg, PA  18360-1601
5157671         Freedom Mortgage Corporation,    Attn: Bankruptcy,    PO Box 50428,
                 Indianapolis, IN  46250-0401
5157675         Santander Consumer USA,    Attn: Bankruptcy,    PO Box 961245,    Fort Worth, TX  76161-0244
5164092        +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
5159129        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
5157666         Weiss Patricia Lynn,    222 Weiss Rd,    Stroudsburg, PA  18360-6973
5157667         Weiss Thomas Barry,    222 Weiss Rd,    Stroudsburg, PA  18360-6973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5157669         E-mail/Text: ally@ebn.phinsolutions.com Mar 05 2019 19:34:24     Ally Financial,
                 Attn: Bankruptcy Dept,    PO Box 380901,    Bloomington, MN  55438-0901
5157670         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 05 2019 19:41:18     Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
5165276        +E-mail/PDF: cbp@onemainfinancial.com Mar 05 2019 19:41:13     OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
5157672         E-mail/PDF: cbp@onemainfinancial.com Mar 05 2019 19:41:12     Onemain Financial,
                 Attn: Bankruptcy,    601 NW 2nd St,    Evansville, IN  47708-1013
5157673         E-mail/Text: bankruptcynotices@psecu.com Mar 05 2019 19:35:33      P S E C U,
                 Attention: Bankruptcy,    PO Box 67013,    Harrisburg, PA  17106-7013
5158086        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 19:41:20
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5168074        +E-mail/Text: bankruptcynotices@psecu.com Mar 05 2019 19:35:33      PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
5157674         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 19:41:22
                 Portfolio Recovery,    PO Box 41021,    Norfolk, VA  23541-1021
5157676         E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 19:41:14     Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              John Robert Caffese    on behalf of Debtor 2 Thomas Barry Weiss ecf@jrcfirm.com, kevin@jrcfirm.com
              John Robert Caffese    on behalf of Debtor 1 Patricia Lynn Weiss ecf@jrcfirm.com,
               kevin@jrcfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Patricia Lynn Weiss, | Chapter 13 |
| --- | --- |
| **Debtor 1** | |
| | Case No. 5:19–bk–00443–RNO |
| Thomas Barry Weiss, | |
| **Debtor 2** | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: April 1, 2019 |
| --- | --- |
| | Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: TWilson, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 5, 2019 |

ntnew341 (04/18)