```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                          Case No. 19-00443-RNO
Patricia Lynn Weiss                                             Chapter 13
Thomas Barry Weiss
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson            Page 1 of 1           Date Rcvd: Apr 04, 2019
                              Form ID: ntcnfhrg        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
```
db/jdb         Patricia Lynn Weiss,   Thomas Barry Weiss,   222 Weiss Rd,   Stroudsburg, PA   18360-6973
5157668        Caffese Law Firm,   803 Main St,   Stroudsburg, PA   18360-1601
5157671        Freedom Mortgage Corporation,   Attn: Bankruptcy,   PO Box 50428,
                Indianapolis, IN   46250-0401
5157675        Santander Consumer USA,   Attn: Bankruptcy,   PO Box 961245,   Fort Worth, TX   76161-0244
5164092       +Santander Consumer USA, Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
5159129       +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                Washington, DC 20410-0002
5157666        Weiss Patricia Lynn,   222 Weiss Rd,   Stroudsburg, PA   18360-6973
5157667        Weiss Thomas Barry,   222 Weiss Rd,   Stroudsburg, PA   18360-6973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5176466        E-mail/Text: ally@ebn.phinsolutions.com Apr 04 2019 19:24:38     Ally Bank,   PO Box 130424,
                Roseville, MN 55113-0004
5157669        E-mail/Text: ally@ebn.phinsolutions.com Apr 04 2019 19:24:38     Ally Financial,
                Attn: Bankruptcy Dept,   PO Box 380901,   Bloomington, MN   55438-0901
5157670        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 04 2019 19:26:40     Capital One,
                Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT   84130-0285
5165276       +E-mail/PDF: cbp@onemainfinancial.com Apr 04 2019 19:26:38     OneMain,   PO Box 3251,
                Evansville, IN 47731-3251
5157672        E-mail/PDF: cbp@onemainfinancial.com Apr 04 2019 19:26:38     Onemain Financial,
                Attn: Bankruptcy,   601 NW 2nd St,   Evansville, IN   47708-1013
5157673        E-mail/Text: bankruptcynotices@psecu.com Apr 04 2019 19:25:16     P S E C U,
                Attention: Bankruptcy,   PO Box 67013,   Harrisburg, PA   17106-7013
5158086       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2019 19:26:40
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5168074       +E-mail/Text: bankruptcynotices@psecu.com Apr 04 2019 19:25:16     PSECU,   PO BOX 67013,
                HARRISBURG, PA 17106-7013
5157674        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2019 19:26:21
                Portfolio Recovery,   PO Box 41021,   Norfolk, VA   23541-1021
5181672        E-mail/Text: bnc-quantum@quantum3group.com Apr 04 2019 19:24:53
                Quantum3 Group LLC as agent for,   Bluestem and SCUSA,   PO Box 788,
                Kirkland, WA   98083-0788
5157676        E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2019 19:25:59     Synchrony Bank/Lowes,
                Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL   32896-5060
                                                                                             TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              John Robert Caffese    on behalf of Debtor 2 Thomas Barry Weiss ecf@jrcfirm.com,   kevin@jrcfirm.com
              John Robert Caffese    on behalf of Debtor 1 Patricia Lynn Weiss ecf@jrcfirm.com,
               kevin@jrcfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Patricia Lynn Weiss,

    **Debtor 1**

Thomas Barry Weiss,

    **Debtor 2**

Chapter    13

Case No.    5:19–bk–00443–RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **April 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: May 7, 2019<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 4, 2019 |

ntcnfhrg (03/18)