```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 19-00443-RNO
Patricia Lynn Weiss                                         Chapter 13
Thomas Barry Weiss
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5        User: TWilson           Page 1 of 1           Date Rcvd: May 31, 2019
                            Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5181672        E-mail/Text: bnc-quantum@quantum3group.com May 31 2019 19:02:56
               Quantum3 Group LLC as agent for,   Bluestem and SCUSA,   PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              John Robert Caffese    on behalf of Debtor 2 Thomas Barry Weiss ecf@jrcfirm.com,  kevin@jrcfirm.com
              John Robert Caffese    on behalf of Debtor 1 Patricia Lynn Weiss ecf@jrcfirm.com,
               kevin@jrcfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-00443-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Patricia Lynn Weiss
222 Weiss Rd
Stroudsburg PA 18360-6973

Thomas Barry Weiss
222 Weiss Rd
Stroudsburg PA 18360-6973

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/30/2019.

Name and Address of Alleged Transferor(s):

Claim No. 6: Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788

Name and Address of Transferee:

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for
Sadino Funding LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/19

Terrence S. Miller
**CLERK OF THE COURT**