```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 19-00443-RNO
Patricia Lynn Weiss                                             Chapter 13
Thomas Barry Weiss
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Jun 12, 2019
                              Form ID: orcnfpln      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db/jdb        Patricia Lynn Weiss,    Thomas Barry Weiss,    222 Weiss Rd,    Stroudsburg, PA    18360-6973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              John Robert Caffese    on behalf of Debtor 2 Thomas Barry Weiss ecf@jrcfirm.com,   kevin@jrcfirm.com
              John Robert Caffese    on behalf of Debtor 1 Patricia Lynn Weiss ecf@jrcfirm.com,
               kevin@jrcfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Patricia Lynn Weiss,<br>**Debtor 1**<br><br>Thomas Barry Weiss,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:19–bk–00443–RNO |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 26, 2019. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: June 12, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

orcnfpln(05/18)