```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 19-00443-RNO
Patricia Lynn Weiss                                           Chapter 13
Thomas Barry Weiss
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5         User: CourtneyG          Page 1 of 1        Date Rcvd: Sep 19, 2019
                             Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.
 NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5165276        +E-mail/PDF: cbp@onemainfinancial.com Sep 19 2019 19:14:42      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              John Robert Caffese    on behalf of Debtor 2 Thomas Barry Weiss ecf@jrcfirm.com,  kevin@jrcfirm.com
              John Robert Caffese    on behalf of Debtor 1 Patricia Lynn Weiss ecf@jrcfirm.com,
               kevin@jrcfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-00443-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Patricia Lynn Weiss<br>222 Weiss Rd<br>Stroudsburg PA 18360-6973 | Thomas Barry Weiss<br>222 Weiss Rd<br>Stroudsburg PA 18360-6973 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/18/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: OneMain, PO Box 3251, Evansville, IN 47731 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/21/19

Terrence S. Miller
**CLERK OF THE COURT**