## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    PATRICIA LYNN WEISS

        THOMAS BARRY WEISS


        Debtor(s)
                                          CHAPTER 13

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
               Movant                          CASE NO: 5-19-00443-RNO

        vs.

        PATRICIA LYNN WEISS
         THOMAS BARRY WEISS

        Respondent(s)

## <u>TRUSTEE'S MOTION TO DISMISS CASE</u>

COMES NOW, on November 10, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   <u>November 10, 2020</u>             Respectfully submitted,


                                     <u>/s/   Agatha R. McHale, Esquire</u>
                                     <u>ID: 47613</u>
                                     Attorney for Movant
                                     Charles J. DeHart, III
                                     Standing Chapter 13 Trustee
                                     8125 Adams Drive, Suite A
                                     Hummelstown, PA 17036
                                     Phone:  (717) 566-6097
                                     Fax:  (717) 566-8313
                                     eMail:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    PATRICIA LYNN WEISS
          THOMAS BARRY WEISS

             CHAPTER 13

             Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE        CASE NO: 5-19-00443-RNO
             Movant

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        December 2, 2020 at 09:30 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1312.80**
**AMOUNT DUE FOR THIS MONTH: $437.60**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $1750.40**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
      **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

      If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  November 10, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   PATRICIA LYNN WEISS

        THOMAS BARRY WEISS         CHAPTER 13


             Debtor(s)

        CHARLES J. DEHART, III       CASE NO: 5-19-00443-RNO
        CHAPTER 13 TRUSTEE
          Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 10, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

JOHN CAFFESE, ESQUIRE             UNITED STATES TRUSTEE
1595 SPRUCE STREET                SUITE 1190
STROUDSBURG, PA  18360-2914      228 WALNUT STREET
                                     HARRISBURG, PA  17101

Served by First Class Mail

PATRICIA LYNN WEISS
THOMAS BARRY WEISS
222 WEISS RD
STROUDSBURG, PA  18360-6973


I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 10, 2020             Liz Joyce
                               for Charles J. DeHart, III, Trustee
                               Suite A, 8125 Adams Dr.
                               Hummelstown, PA  17036
                               Phone:  (717) 566-6097
                               eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    PATRICIA LYNN WEISS
           THOMAS BARRY WEISS

                                       CHAPTER 13

            Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                 Movant               CASE NO: 5-19-00443-RNO

           vs.

           PATRICIA LYNN WEISS        MOTION TO DISMISS
           THOMAS BARRY WEISS

## <u>ORDER DISMSSING CASE</u>

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.