United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Patricia Lynn Weiss  
Thomas Barry Weiss  
    Debtors

Case No. 19-00443-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 16, 2022      Form ID: fnldecnd      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Patricia Lynn Weiss, Thomas Barry Weiss, 222 Weiss Rd, Stroudsburg, PA 18360-6973 |
| cr | + | Rushmore Loan Management Services, LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5157666 | | Weiss Patricia Lynn, 222 Weiss Rd, Stroudsburg, PA 18360-6973 |
| 5157667 | | Weiss Thomas Barry, 222 Weiss Rd, Stroudsburg, PA 18360-6973 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 16 2022 18:32:14 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2022 18:32:27 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5176466 | | Email/Text: ally@ebn.phinsolutions.com | Sep 16 2022 18:36:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5424267 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 16 2022 18:32:14 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5157669 | | Email/Text: ally@ebn.phinsolutions.com | Sep 16 2022 18:36:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 5157670 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 16 2022 18:44:16 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5183403 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 16 2022 18:32:27 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5157671 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 16 2022 18:36:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, PO Box 50428, Indianapolis, IN 46250-0401 |
| 5184417 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 16 2022 18:36:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5165276 | + | Email/PDF: cbp@onemainfinancial.com | Sep 16 2022 18:32:14 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5157672 | | Email/PDF: cbp@onemainfinancial.com | Sep 16 2022 18:44:16 | Onemain Financial, Attn: Bankruptcy, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 5157673 | | Email/Text: bankruptcynotices@psecu.com | Sep 16 2022 18:36:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5247761 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2022 18:32:27 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5247762 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2022 18:44:20 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5184291 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2022 18:44:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5158086 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 16 2022 18:44:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5168074 | + | Email/Text: bankruptcynotices@psecu.com | Sep 16 2022 18:36:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5157674 | | Email/PDF: rmscedi@recoverycorp.com | Sep 16 2022 18:44:25 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 5204937 | | Email/Text: bnc-quantum@quantum3group.com | Sep 16 2022 18:36:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5181672 | | Email/Text: bnc-quantum@quantum3group.com | Sep 16 2022 18:36:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5204938 | + | Email/Text: bnc-quantum@quantum3group.com | Sep 16 2022 18:36:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5157675 | | Email/Text: enotifications@santanderconsumerusa.com | Sep 16 2022 18:36:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5164092 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 16 2022 18:36:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5157676 | | Email/PDF: gecsedi@recoverycorp.com | Sep 16 2022 18:44:20 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5159129 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 16 2022 18:32:26 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 5474842 | + | Email/Text: bkenotice@rushmorelm.com | Sep 16 2022 18:36:00 | US Bank National Association, not in its, indv. capacity but solely as trustee for, RMTP Trust, Series 2021 Cottage-TT-V, c/o Rushmore Loan Management Services, 15480 Laguna Canyon Rd. - Suite 100, Irvine, CA 92618-2132 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5474843 | *+ | US Bank National Association, not in its, indv. capacity but solely as trustee, for RMTP Trust, Series 2021 Cottage-TT-V, c/o Rushmore Loan Management Services, 15480 Laguna Canyon Rd. - Suite 100, Irvine, CA 92618-2132 |
| 5474844 | *+ | US Bank National Association, not in its, indv. capacity but solely as trustee, for RMTP Trust, Series 2021 Cottage-TT-V, c/o Rushmore Loan Management Services, 15480 Laguna Canyon Rd. - Suite 100, Irvine, CA 92618-2132 |
| 5157668 | ## | Caffese Law Firm, 803 Main St, Stroudsburg, PA 18360-1601 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com |
| John Robert Caffese | on behalf of Debtor 2 Thomas Barry Weiss ecf@jrcfirm.com kevin@jrcfirm.com |
| John Robert Caffese | on behalf of Debtor 1 Patricia Lynn Weiss ecf@jrcfirm.com kevin@jrcfirm.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

In re:

| | |
|---|---|
| Patricia Lynn Weiss,<br>**Debtor 1**<br>Thomas Barry Weiss,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:19−bk−00443−MJC |

Social Security No.:
xxx−xx−3596    xxx−xx−4842

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Patricia Lynn Weiss and Thomas Barry Weiss** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 16, 2022

**fnldec** (01/22)