Fill in this information to identify the **Fill in this information to identify the case:**

Debtor 1  Thomas Barry Weiss

Debtor 2  Patricia Lynn Weiss

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number  19-00443 RNO

Official Form 410S1

# Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION         **Court claim no.** (if known):  9

**Last 4 digits** of any number you use to identify the debtor's account: 2655

**Date of payment change:**
Must be at least 21 days after date of this notice         12/01/2019

**New total payment:**         $1,289.94
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $460.30         **New escrow payment:** $425.99

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%         **New interest rate:** _____%
   **Current principal and interest payment:** $_____         **New principal and interest payment:** $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____
   **Current mortgage payment:** $_____         **New mortgage payment:** $_____

Official Form 410S1         **Notice of Mortgage Payment Change**         page 1

| Debtor(s) | Thomas Barry Weiss, and Patricia Lynn Weiss | Case number (*if known*) 19-00443 RNO |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ James C. Warmbrodt           Date   11/06/2019
Signature

Print:   James C. Warmbrodt                Title  Attorney for Creditor
         First Name   Middle Name   Last Name

Company:  KML Law Group, P.C.

Address:  701   Market Street, Suite 5000
          Number   Street
          Philadelphia,        PA    19106
          City                 State  ZIP Code

Contact phone  (215) 627–1322      Email  JWarmbrodt@kmllawgroup.com